# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DOTTA DRIVE ASSOCIATES, LP,** *

Plaintiff, *

v. * No. 06-323C

**THE UNITED STATES,** * (Filed June 23, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Motion for a Stay of Proceedings filed on June 22, 2006, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. Defendant may file one Joint Status Report concerning the above case by August 17, 2006, stating with particularity the status of ADR in the related cases before Judge Horn. See Order entered in No. 98-823C (Fed. Cl. Nov. 17, 2005).

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge